IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELECTROSTIM MEDICAL SERVICES, INC. | § § § | |
| v. | § § | No. 4:11-CV-2745 |
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY | § § § | |

## NOTICE OF FILING UNDER SEAL

Defendant Health Care Service Corporation ("HCSC") submits the following Notice of Filing Under Seal.

1.  Pursuant to the Court's Amended Scheduling and Docket Control Order (Doc. 30), HCSC is filing revised spreadsheets that contain Protected Health Information. Accordingly, these spreadsheets must be kept under seal. Because the spreadsheets are voluminous, they are being traditionally filed, on a CD, under seal.

Respectfully submitted,


By: /s/ Andrew F. MacRae
ANDREW F. MACRAE
*State Bar No. 00784510*
*Southern District No. 19269*
LEVATINO|PACE LLP
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, Texas 78746
Tel: (512) 637-1581
Fax: (512) 637-1583

ATTORNEYS FOR DEFENDANT
BLUE CROSS BLUE SHIELD OF TEXAS,
A DIVISION OF HEALTH CARE SERVICE
CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Filing Under Seal has filed through the CM/ECF system this 4th day of February, 2013. I understand the CM/ECF system will send a Notice of Electronic Filing to the following counsel of record:

H. Dwayne Newton
Jon McNeely
NEWTON, JONES & SPAETH
3405 Marquart
Houston, Texas 77027

Douglas S. Gregory
DOUGLAS S. GREGORY, P.A.
607 West Bay St.
Tampa, Florida 33606

                                                /s/ Andrew F. MacRae
                                                ANDREW F. MACRAE