IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELECTROSTIM MEDICAL SERVICES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2745 |
| HEALTH CARE SERVICE CORP., | § § § | |
| Defendant. | § | |

**ORDER**

On February 25, 2013, this court set a status conference for **April 16, 2013 at 10:00 a.m.** to discuss mediation efforts regarding some of Electrostim Medical Services, Inc.'s ("Electrostim") benefits claims. (Docket Entry No. 60). That set of claims includes those that arose during the period Electrostim and Blue Cross Blue Shield of Texas ("BCBSTX"), a division of Health Care Service Corp. ("Health Care"), shared a contractual relationship, and appear to be those claims set out in the spreadsheet filed with this court, (Docket Entry No. 55). As to the separate set of claims that arose after the contractual relationship ended, this court ordered the parties to submit a status report describing the time necessary for Electrostim to submit copies of these claims to BCBSTX. (Docket Entry No. 60). The status report was due March 1, 2013 and production was required to begin no later than March 15, 2013. (*Id.*) The court stated that it would set a separate status conference on this set of claims once it received Electrostim's report. (*Id.*)

Electrostim filed its status report on March 1, 2013. (Docket Entry No. 61). Electrostim cited no obstacles to production in a timely manner, and represented that the production would be completed by April 1, 2013. (*Id.*) Health Care raised on objections to Electrostim's report in this court. Based on Electrostim's representations, a separate hearing on the extracontractual claims is

not necessary. The court will address both sets of claims at the April 16, 2013 hearing. Counsel for the parties must be prepared to discuss the status of all claims and any outstanding motions at that hearing.

       SIGNED on April 3, 2013, at Houston, Texas.

                                             Lee H. Rosenthal
                                        United States District Judge