# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ELECTROSTIM MEDICAL SERVICES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2745 |
| HEALTH CARE SERVICE CORP., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with this court's Memorandum and Opinion of today's date, the defendant's motion to dismiss is granted. The plaintiff's claims are dismissed with prejudice.

SIGNED on August 2, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge